(107 So. 926)

J. W. JENNETT v. City of PHENIX CITY. (4 Div. 154.) (Court of Appeals of Alabama.

March 25, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.